# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HECENIHA KING,**

      **Plaintiff,**

**v.**

**XPO LOGISTICS FREIGHT, INC.,**

      **Defendant.**

**Case No. 3:24-CV-01811-SPM**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on July 23, 2025 (Doc. 29), this action is **DISMISSED with prejudice**.

    **DATED:  July 23, 2025**

                                   **MONICA A. STUMP,**
                                   **Clerk of Court**

                                   **By:  s/ *Jackie Muckensturm***
                                          **Deputy Clerk**

    **APPROVED: s/ *Stephen P. McGlynn***
                    **STEPHEN P. McGLYNN**
                    **U.S. District Judge**